# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARCO ANTONIO MAGANA,

    Defendant.

Case No. 2:15-cr-151-LDG (PAL)

**ORDER**

Defendant Marco Antonio Magana moves for a reduction of his sentence pursuant to 18 U.S.C. §3582. A review of the docket and the sentencing hearing establishes that the defendant is not eligible for a sentence reduction pursuant to Amendment 782.

The Court has already granted the defendant the full benefit of Amendment 782. Amendment 782 became effective on November 1, 2014. The Court sentenced the defendant on September 1, 2016. Judgment was entered on September 20, 2016. The Court calculated the defendant's guideline range, and sentenced him, relying upon the drug quantity table in §2D1.1 as amended in Amendment 782.

Accordingly,

THE COURT **ORDERS** that Defendant's Motion for Reduction of Sentence Under Amendment 782 of 18 U.S.C. §3582(c) (ECF No. 165) is DENIED.

DATED this ___ day of October, 2017.

_____
Lloyd D. George
United States District Judge